IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| JAMES KUMMERFELDT, Individually, and BRANDI PIKE, Individually, and as parents, guardians, and next friends of N.K., a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> WALMART, INC., <br><br> Defendant. | CASE NO. <br><br><br><br><br><br><br><br> ORIGINAL NOTICE |

TO THE ABOVE NAMED DEFENDANTS: Walmart, Inc.

You are notified that a petition has been filed in the Office of the Clerk of this Court, naming you as the defendant in this action. A copy of the Petition (and any documents filed with it) is attached hereto. The attorney for the plaintiff(s) is MICHAEL GALVIN, of the law firm of VanDerGinst Law, P.C., whose address is 4950 38th Avenue, Moline, IL 61265. The attorney's phone number is (309) 788-5297 and the facsimile number is (309) 517-3020.

You must serve a motion or answer within 20 days after service of this Original Notice upon you and, within a reasonable time thereafter, file your Motion or Answer with the Clerk of Court for Linn County at the courthouse in Cedar Rapids, Iowa 52401. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

If you require the assistance of auxiliary aids or services to participate in courts because of a disability, immediately call your district ADA coordinator at (319) 398-3920 x1105. (If you are hearing impaired, call Relay Iowa TTY at (800) 735-2942.)

You must electronically file the Appearance and Answer using the Iowa Judicial Branch Electronic Document Management System (EDMS) at https://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements.

If you electronically file, EDMS will serve a copy of the appearance and Answer on Plaintiff(s) or on the attorneys for Plaintiff(s). The notice of electronic filing will indicate if Plaintiff(s) is (are) exempt from electronic filing, and if you must mail a copy of your Appearance and Answer to Plaintiff(s).

**IMPORTANT**
**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS**

# Iowa Judicial Branch

Case No. **LACV098445**
County **Linn**

Case Title **JAMES KUMMERFELDT VS WALMART INC**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (see Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

Scheduled Hearing:

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(319) 398-3920**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/nda/. **Disability access coordinators cannot provide legal advice.**

Date Issued **09/21/2021 02:34:27 PM**



District Clerk of Linn County
/s/ **Samantha Dighton**

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| JAMES KUMMERFELDT, Individually, and BRANDI PIKE, Individually, and as parents, guardians, and next friends of N.K., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART, INC.,<br><br>Defendant. | CASE NO.<br><br><br><br><br><br><br><br>PETITION AT LAW |

COME NOW the Plaintiffs, James Kummerfeldt and Brandi Pike, individually and as parents, guardians, and next friends of N.K., a minor, by and through their attorneys, and for their causes of action against Defendant, Walmart, Inc., state the following:

1. At all times material hereto Plaintiff, James Kummerfeldt, was a resident of Cedar Rapids, Linn County, Iowa.

2. At all times material hereto Plaintiff, Brandi Pike, was a resident of Cedar Rapids, Linn County, Iowa.

3. At all times material hereto, James Kummerfeldt and Brandi R. Pike were the parents and natural guardians of N.K., a minor child and resident of Cedar Rapids, Linn County, Iowa.

4. All of the facts giving rise to this cause of action occurred in Linn County, Iowa.

5. On January 12, 2021, Plaintiffs James Kummerfeltdt and Brandi Pike, were customers at the Walmart Supercenter located at 3601 29th Avenue SW, Cedar Rapids, Iowa, in the automotive department, purchasing a battery for their vehicle. Plaintiff N.K. was with her parents at the store. At that same place and time, an employee of Walmart took a car battery off

of a counter. As said employee swung the battery off of the counter, the battery struck N.K. in the front of her head, causing serious injury.

6. On information and belief and at all times material, the foregoing acts and/or omissions were committed within the scope of said employee's agency, servitude, and/or employment, and while furthering the business interest of Defendant, Walmart, Inc.

7. Defendant, Walmart, Inc., is thus liable for all injuries and damages suffered by Plaintiffs due to the acts and/or omissions Walmart's employee committed within the scope of their agency, servitude, and/or employment.

WHEREFORE, Plaintiffs, James Kummerfeldt, individually, and Brandi Pike, individually and as parents, guardians, and next friends of N.K., a minor, pray for judgment against Defendant, Walmart, Inc., for compensatory damages in an amount in excess of the jurisdictional limit together with interest as provided by law, and the costs of this action.

JAMES KUMMERFELDT AND BRANDI R. PIKE, Plaintiff

By: /s/Michael Galvin
Michael Galvin
VANDERGINST LAW, P.C.
4950 38th Avenue
Moline, IL 61265
309-788-5297
309-517-3020 (fax)
m.galvin@vlaw.com

## IN THE IOWA DISTRICT COURT FOR LINN COUNTY

CASE NO.: LACV098445

### AFFIDAVIT OF SERVICE

JAMES KUMMERFELDT, et al.

    Plaintiff/Petitioner,

vs.

WALMART, INC.

    Defendant/Respondent.

_____/

Received by Absolute Serving on **12/01/2021** to be served upon:

**WALMART, INC.**

STATE OF IOWA
COUNTY OF POLK    ss.

I, **Julia McMahon**, being duly sworn on oath, and over the age of 18 years, do hereby depose and state that:

On **12/01/2021** at **09:40 AM**, I served the within **ORIGINAL NOTICE; PETITION AT LAW** on **WALMART, INC.** at **400 E COURT AVE, STE 110, Des Moines, IA 50309** in the manner indicated below:

**CORPORATE SERVICE:** I served the same on the above company, corporation, government official, etc, by delivering a copy to the person named and described below at the address shown above. :

NAME: **LISA DARRELL @ CT CORPORATION SYSTEM** TITLE/RELATION: **REGISTERED AGENT**

Fee For Service: **$50.00**

Sworn to and subscribed before me on this
1st day of December, 2021
by an affiant who is personally known to me
or produced identification.

_____
NOTARY PUBLIC

X_____
Julia McMahon
Independent Contractor for:

Absolute Serving
680 18th Street
Des Moines, IA 50314

Atty File#: **KUMMERFELDT** - Our File# **34154**



WENDEE GRIFFIN-REYES
Commission Number 812703
My Commission Expires
9-18-2024

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| JAMES KUMMERFELDT, Individually, and BRANDI PIKE, Individually, and as parents, guardians, and next friends of N.K., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART, INC.,<br><br>Defendant. | NO. LACV098445<br><br>**APPEARANCE OF BENJAMIN M. WESTON** |

Attorney Benjamin M. Weston of Lederer Weston Craig PLC respectfully enters his appearance on behalf of Defendant Walmart, Inc.

**LEDERER WESTON CRAIG PLC**

By _/s/ BWeston_

Benjamin M. Weston, AT0009704
4401 Westown Parkway, Suite 212
West Des Moines, IA 50266
Phone: (515) 224-3911
Fax: (515) 224-2698
E-Mail: bweston@lwclawyers.com

*ATTORNEYS FOR DEFENDANT*

Service by EDMS to:

Michael Galvin
VANDERGINST LAW, PC
4950 38th Avenue
Moline, IL 61265
E-mail: m.galvin@vlaw.com
*ATTORNEYS FOR PLAINTIFFS*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Court on 12-8, 2021, using the CM/ECF system and served to the parties listed by electronic means through the ECF system.

Signature: _Susan Heidi_